UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Langan, Stephen and Donna          Case No.:   18-24572-MBK
                                            Chapter:    7
                                            Judge:      Michael B. Kaplan

## NOTICE OF PROPOSED ABANDONMENT

 Andrea Dobin,                  Chapter 7 Trustee   in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on October 29, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no  8 . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real estate located at:
> 701 Stone Rd.
> Union Beach, NJ
>
> Valued at $253,000.00

> Liens on property:
>
> Bank of America
> $248,165.23

> Amount of equity claimed as exempt:
>
> $5,310.65

 Objections must be served on, and requests for additional information directed to:

Name:       Andrea Dobin, Trustee
Address:    Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611
Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-24572-MBK
Stephen Langan                                                            Chapter 7
Donna Langan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 01, 2018
                              Form ID: pdf905          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
```
db/jdb         Stephen Langan,    Donna Langan,    701 Stone Rd,    Keyport, NJ 07735-3022
cr            +CAB East LLC, serviced by Ford Motor Credit Compan,     P.O. Box 62180,
               Colorado Springs, CO 80962-2180
517656460      American Express,    PO Box 981537,    El Paso, TX 79998-1537
517656461      Asset Recovery Solutions, LLC,    2200 E Devon Ave Ste 200,    Des Plaines, IL 60018-4501
517656463      BAC Home Loans,    4909 Savarese Cir,    Tampa, FL 33634-2413
517656464      Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517656465      Barclays Bank of Delaware,    125 S West St,    Wilmington, DE 19801-5014
517656467      Bureaus Investment Group,    650 Dundee Rd Ste 370,    Northbrook, IL 60062-2757
517656471      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517656472      Chase/Bank One Card Serv,    PO Box 15298,    Wilmington, DE 19850-5298
517656473      Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
517656475      ExxonMobil/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517656477      Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
517656479      MinuteClinic Diagnostic of NJ,    PO Box 14000,    Belfast, ME 04915-4033
517656480      Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517656481      Shrewsbury Diagnostic Imaging,    1131 Broad St # 110,    Shrewsbury, NJ 07702-4334
517656489      The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517656491      Wells Fargo Card Services,    PO Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 01:09:49     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 01:09:40      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517656462      E-mail/Text: paymentprocessing@avanteusa.com Oct 02 2018 01:08:33      Avante USA,
               3600 S Gessner Rd Ste 225,    Houston, TX 77063-5357
517656466     +E-mail/Text: bankruptcyletters@hackensackmeridian.org Oct 02 2018 01:10:23
               Bayshore Community Hospital,    727 N Beers St,    Holmdel, NJ 07733-1598
517656469      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2018 01:12:32      Capital One,
               PO Box 5253,    Carol Stream, IL 60197-5253
517656470      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2018 01:11:27      Capital One,
               PO Box 30285,    Salt Lake City, UT 84130-0285
517656468      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2018 01:11:26      Capital One,
               10700 Capitol One Way,    Glen Allen, VA 23060-9243
517656474      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 02 2018 01:09:29      Comenity Bank/WOMNWTHN,
               PO Box 182789,    Columbus, OH 43218-2789
517656476      E-mail/Text: bankruptcydept@wyn.com Oct 02 2018 01:10:15      Fairfield Acceptance,
               10750 W Charleston Blvd Ste 130,    Las Vegas, NV 89135-1049
517656490      E-mail/Text: cio.bncmail@irs.gov Oct 02 2018 01:09:00      US Treasury - IRS,
               Centralized Insolvency Operation,    PO Box 21126,    Philadelphia, PA 19114-0326
517656478      E-mail/Text: bnckohlsnotices@becket-lee.com Oct 02 2018 01:08:46      Kohls/Capital One,
               PO Box 3115,    Milwaukee, WI 53201-3115
517656482      E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:12:35      SYNCB/Amazon PLCC,
               PO Box 965015,    Orlando, FL 32896-5015
517656483      E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:12:01      SYNCB/Care Credi,    PO Box 965036,
               Orlando, FL 32896-5036
517656484      E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:12:32      SYNCB/Oldnavy,    PO Box 965005,
               Orlando, FL 32896-5005
517656485      E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:12:34      SYNCB/PayPal,    PO Box 965005,
               Orlando, FL 32896-5005
517656486      E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:11:28      SYNCB/QVC,    PO Box 965036,
               Orlando, FL 32896-5036
517656487      E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:12:37      SYNCB/Sams Club,    PO Box 965036,
               Orlando, FL 32896-5036
517656488      E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:12:32      SYNCB/WalMart,    PO Box 965024,
               Orlando, FL 32896-5024
517656595     +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:11:28      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 19
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Oct 01, 2018
                              Form ID: pdf905          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
              Andrea    Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Elizabeth K. Holdren    on behalf of Creditor    Carrington Mortgage Services, LLC
               eholdren@hillwallack.com,   jhanley@hillwallack.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leah E. Capece    on behalf of Debtor Stephen    Langan lcapece@leclawonline.com
              Leah E. Capece    on behalf of Joint Debtor Donna    Langan lcapece@leclawonline.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 7
```